```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Plaintiffs,

-against-

COMMODORE CONSTRUCTION CORP., COMMODORE MAINTENANCE CORP., GERALD MICHAEL BOYLE, and KIN KEUNG TAM,

Defendants.

25 CV 8168-JMF

[PROPOSED]

ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

---

Upon the reading of the Declarations of William Davidian, Paul Capurso, Maura Moosnick, and the exhibits attached thereto, and the Memorandum of Law in Support of Plaintiffs' Order to Show Cause, and Plaintiffs having shown that the Commodore Entities appear to be in the process of liquidating their assets and/or transferring their books of business, in disregard to their obligations under their collective bargaining agreements and as plan fiduciaries under ERISA, and Plaintiffs having shown that unless their request for a temporary restraining order is granted, immediate and irreparable injury, loss or damage will result to the Plaintiffs and their participants and beneficiaries, it is hereby:

ORDERED that Defendants show cause before this Court on the 10th day of October, 2025 at 10 a.m., or as soon thereafter as counsel can be heard, at the United States Courthouse, Room 24B, [500 Pearl Street] [40 Centre Street], New York, New York 10007, why a preliminary injunction should not be issued, pending the decision of the Court in this action: (1) ordering the

Defendants to preserve all records relating to the finances and operations of Commodore Construction Corp. ("CCC") and Commodore Maintenance Corp. ("CMC"); ~~(2) ordering the Defendants to facilitate and/or submit to an audit of~~ CCC and CMC's books and records covering for ~~the period June 26, 2024 through September 30, 2025, within 14 days hereof; (3) ordering the Defendants to immediately submit to the Plaintiffs all required project-based hourly reporting of work performed by the Commodore Entities in September 2025, via the Plaintiffs' I-Remit system;~~ and (4) to bar the Defendants from liquidating or disbursing assets in which they have an interest, other than in the ordinary course of business, pending investigation in this case to determine the existence and/or location of the assets of the Plaintiff Funds which are commingled and/or held in the corporate of the Commodore Entities; and it is further

[Handwritten margin note: NW / Defendants should apply to presiding judge for relief sought in items 2 & 3 /MW/]

ORDERED that, pending this hearing on the preliminary injunction, the Commodore Entities are immediately enjoined from disposing of, transferring or selling any and all assets outside of the ordinary course of business, up to a fair market value of $2,095,336.82, which is the minimum amount Plaintiffs allege to be due, without the express written permission of this Court until an examination of the assets of the Commodore Entities can be conducted to determine the location of all plan assets of the Plaintiffs; and it is further

ORDERED that service of this Order to Show Cause and Temporary Restraining Order and the papers upon which it is based be made on or before the ____ day of October, 2025 by overnight delivery to all Defendants at the addresses set forth in the Complaint, and that said service be deemed sufficient; and it is further

ORDERED that service of opposition papers, if any, be made on or before the 3rd day of October, 2025 by [handwritten: filing on ECF and] delivering copies thereof by hand before 12:00 noon to the office of Virginia & [handwritten: ^]

Ambinder, LLP, 40 Broad Street, 7th Floor, New York, New York 10004, attorneys for Plaintiffs herein.

Dated: October 2, 2025
Time: 4:55PM

ENTER:

_____
Mary Kay Vyskocil
UNITED STATES DISTRICT JUDGE
(Part One)