```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
TRUSTEES OF THE NEW YORK CITY DISTRICT                            :
COUNCIL OF CARPENTERS PENSION FUND,                               :
WELFARE FUND, ANNUITY FUND, AND                                   :
APPRENTICESHIP, JOURNEYMAN RETRAINING,                            :    25-CV-8168 (JMF)
EDUCATIONAL AND INDUSTRY FUND et al.,                             :
                                                                  :           ORDER
                            Plaintiffs,                           :
                                                                  :
        -v-                                                       :
                                                                  :
COMMODORE CONSTRUCTION CORP. et al.,                              :
                                                                  :
                            Defendants.                           :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

In light of Defendants' motion, *see* ECF No. 19, the conference scheduled for this morning is hereby ADJOURNED to **Monday, October 6, 2025**, at **10 a.m.**  Additionally, pending discussion at the conference, Defendants' deadline to file any opposition to the motion for a preliminary injunction is hereby EXTENDED to **October 8, 2025**.

In advance of the conference, the parties shall confer with respect to the following topics:

(1) A briefing schedule for the motion for a preliminary injunction (including whether the hearing currently scheduled for October 10, 2025, should be adjourned);

(2) Whether there is a need for discovery or an evidentiary hearing in connection with the motion for a preliminary injunction;

(3) Whether, pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure, trial on the merits should be advanced and consolidated with any preliminary injunction hearing;

(4) Settlement, including whether the parties believe that (a) a settlement conference before a Magistrate Judge; (b) participation in the District's Mediation Program; and/or (c) retention of a privately retained mediator would be appropriate and, if so, when in the case (*e.g.*, immediately; within the next sixty days; after the deposition of plaintiff is completed; after the close of fact discovery; etc.) the use of such a mechanism would be appropriate; and

(5) Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

All counsel are required to register promptly as filing users on ECF.  **All counsel must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases.**

**Plaintiffs' counsel shall (1) notify counsel for all parties in this action who have not yet appeared by serving upon each of them a copy of this order and the Court's Individual Rules and Practices forthwith, and (2) file proof of such notice with the Court.**  If unaware of the identity of counsel for any of the parties, counsel receiving this Order must forthwith send a copy of this order and the Court's Individual Rules and Practices to that party personally.

The Clerk of Court is directed to terminate ECF No. 19.

SO ORDERED.

Dated: October 3, 2025
      New York, New York

                                      JESSE M. FURMAN
                                      United States District Judge