UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT           :
COUNCIL OF CARPENTERS PENSION FUND,              :
WELFARE FUND, ANNUITY FUND, AND                  :
APPRENTICESHIP, JOURNEYMAN RETRAINING,           :     25-CV-8168 (JMF)
EDUCATIONAL AND INDUSTRY FUND et al,             :
:                ORDER
Plaintiffs,           :
:
-v-                          :
:
COMMODORE CONSTRUCTION CORP. et al,              :
:
Defendants.           :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Defendants who have appeared in this action shall email any contact information for Defendant Kim Keung Tam to Plaintiffs **no later than October 7, 2025**, at **noon.**

- Plaintiffs shall serve the motion papers, the TRO currently in effect, ECF No. 14, and the instant Order on Defendant Kim Keung Tam **no later than October 7, 2025**, at **5:00 p.m.**

- Defendants shall file any opposition to Plaintiffs' request for a preliminary injunction **no later than October 8, 2025**, at **5:00 p.m.**

- Plaintiffs shall file any reply to Defendants' opposition **no later than October 9, 2025**, at **2:00 p.m.**

- The preliminary injunction hearing scheduled for **October 10, 2025**, at **10:00 a.m.** shall proceed as scheduled, **except that it will be held by telephone** in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of

counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

SO ORDERED.

Dated: October 6, 2025
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

2