

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080

**Charles R. Virginia, Esq.**
Partner
cvirginia@vandallp.com

October 9, 2025

<u>**VIA ECF**</u>

Hon. Jesse M. Furman
U.S. District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

  Re: <u>Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. Commodore Construction Corp., et al., 25 CV 8168 (JMF)</u>

Dear Judge Furman:

  This firm represents the Plaintiff Funds.

  I write with the consent of the defendants Commodore Construction Corp., Commodore Maintenance Corp. and Gerald Michael Boyle ("Represented Defendants") represented by Sitaras & Associates, PLLC. The Plaintiffs hereby withdraw without prejudice their application for a preliminary injunction, rendering moot the hearing scheduled for tomorrow at 10:00 am. The parties have reached a compromise resolution of the issues before the Court relating to the requested injunctive relief. Specifically, the parties have agreed that the Represented Defendants will preserve all records relating to the finances and operations of the corporate defendants and will furnish to Plaintiffs all project-based hourly reporting of work performed by the corporate defendants in September 2025. The Plaintiffs and the Represented Defendants stipulate to the vacatur of the temporary relief granted by the Court on October 2, 2025 to allow Represented Defendants to take necessary steps to try to pay Plaintiffs and other creditors and resume performing construction work.

  Plaintiffs served their moving papers on Mr. Tam and called him but have not had any communication with him.

  The parties thank the Court for its time and attention to this matter.

          Very truly yours,

          <u>/s/ Charles R. Virginia</u>
          Charles R. Virginia, Esq.



cc:    All counsel of record *(via ECF)*
       Kin Keung Tam *(via first class and electronic mail)*

The TRO entered on October 2, 2025, ECF No. 5, is hereby VACATED on consent. The preliminary injunction conference scheduled for tomorrow at 10:00 a.m. is hereby CANCELLED. The Clerk of Court is directed to terminate ECF No. 31.

SO ORDERED.

October 9, 2025

2