UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT :
COUNCIL OF CARPENTERS PENSION FUND, :
WELFARE FUND, ANNUITY FUND, AND :
APPRENTICESHIP, JOURNEYMAN RETRAINING, : 25-CV-8168 (JMF)
EDUCATIONAL AND INDUSTRY FUND et al, :
: ORDER
Plaintiffs, :
:
-v- :
:
COMMODORE CONSTRUCTION CORP. et al, :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 8, 2025, Defendant Kin Keung Tam was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 35. To date, Defendant has failed to appear in this action. No later than **November 6, 2025,** Plaintiffs shall submit a letter addressing whether Plaintiffs have had any contact with Defendant Tam or if they have any other reason to believe that Defendant Tam has actual notice of this lawsuit.

      Plaintiffs shall serve a copy of this Order electronically and/or by first-class mail on Defendant Tam **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: October 30, 2025  
       New York, New York  
                                                  JESSE M. FURMAN  
                                                  United States District Judge