UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    :
TRUSTEES OF THE NEW YORK CITY DISTRICT  :
COUNCIL OF CARPENTERS PENSION FUND,    :
WELFARE FUND, ANNUITY FUND, AND         :
APPRENTICESHIP, JOURNEYMAN RETRAINING,  :    25-CV-8168 (JMF)
EDUCATIONAL AND INDUSTRY FUND et al,     :
    :    ORDER
                    Plaintiffs,    :
    :
       -v-    :
    :
COMMODORE CONSTRUCTION CORP. et al,    :
    :
                    Defendants.  :
    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Pursuant to the Court's October 30, 2025 Order, ECF No. 38, Plaintiffs were required to file a letter addressing whether Plaintiffs have had any contact with Defendant Tam or if they have any other reason to believe that Defendant Tam has actual notice of this lawsuit no later than November 6, 2025. To date, Plaintiffs have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 13, 2025**. Failure to file the letter by that deadline may result in sanctions.

    SO ORDERED.

Dated: November 10, 2025
       New York, New York
                                          JESSE M. FURMAN
                                        United States District Judge