UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                          :

TRUSTEES OF THE NEW YORK CITY DISTRICT   :
COUNCIL OF CARPENTERS PENSION FUND,   :
WELFARE FUND, ANNUITY FUND, AND         :
APPRENTICESHIP, JOURNEYMAN RETRAINING,  :         25-CV-8168 (JMF)
EDUCATIONAL AND INDUSTRIAL FUND et al.,  :

                                      :            ORDER

                Plaintiffs,        :

                                      :

       -v-                         :

                                      :

COMMODORE CONSTRUCTION CORP. et al.,   :

                                      :

               Defendants.      :

----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The pretrial conference scheduled for July 9, 2026, is hereby RESCHEDULED for **July 15, 2026, at 3:30 p.m.**

      SO ORDERED.

Dated:  June 22, 2026
        New York, New York                                  JESSE M. FURMAN
                                            United States District Judge