UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                                     :

TRUSTEES OF THE NEW YORK CITY DISTRICT : 
COUNCIL OF CARPENTERS PENSION FUND, :
WELFARE FUND, ANNUITY FUND, AND :
APPRENTICESHIP, JOURNEYMAN RETRAINING, :          25-CV-8168 (JMF)
EDUCATIONAL AND INDUSTRIAL FUND et al., :

                        :                      ORDER
             Plaintiffs, :

                        :

      -v-                    :

                        :

COMMODORE CONSTRUCTION CORP. et al., :

                        :

          Defendants. :

                        :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The parties shall appear for a conference with the Court on **June 30, 2026, at 12:00 p.m.** to address the letter-motion filed at ECF No. 61.  The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key.  When prompted for an attendee ID number, press the pound (#) key again.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, no later than 24 hours before the conference, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      The Clerk of Court is directed to terminate ECF No. 61.

      SO ORDERED.

Dated: June 26, 2026
      New York, New York                                           
                                                   JESSE M. FURMAN
                                       United States District Judge