UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                               :

TRUSTEES OF THE NEW YORK CITY DISTRICT  :
COUNCIL OF CARPENTERS PENSION FUND,  :
WELFARE FUND, ANNUITY FUND, AND  :
APPRENTICESHIP, JOURNEYMAN RETRAINING,  :          25-CV-8168 (JMF)
EDUCATIONAL AND INDUSTRY FUND et al.,  :

                       :              ORDER

             Plaintiffs,  :

     -v-              :

COMMODORE CONSTRUCTION CORP. et al.,  :

            Defendants.  :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     As stated on the record during the teleconference held earlier today:

- The deadline for fact discovery is hereby EXTENDED to **July 30, 2026.**  No further extensions will be granted.

- In light of the foregoing extension, the pretrial conference scheduled for July 15, 2026, is hereby RESCHEDULED to **August 6, 2026, at 3:30 p.m.**  Prior to that conference, the parties should discuss whether summary judgment motion practice is appropriate in this action and, if so, a proposed schedule for any such briefing.

     SO ORDERED.

Dated: July 1, 2026
      New York, New York                         _____
                                       JESSE M. FURMAN
                                   United States District Judge