UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,<br><br>Plaintiffs,<br><br>-against-<br><br>COMMODORE CONSTRUCTION CORP., COMMODORE MAINTENANCE CORP., GERALD MICHAEL BOYLE, and KIN KEUNG TAM,<br><br>Defendant. | 25 CV 08168 (JMF)<br><br>**<u>CONSENT JUDGMENT</u>** |

With the consent of all parties, the Court hereby renders judgment as follows:

1. Judgment is entered in favor of Plaintiffs Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, Trustees of the New York City Carpenters Relief and Charity Fund, and the Carpenter Contractor Alliance of Metropolitan New York and against Defendant Commodore Maintenance Corp. in the amount of $1,084,153.27, plus pos-judgment interest at the statutory rate.

2. The undersigned parties stipulate to and request entry of this Consent Judgment.

[*Signature page to follow*]

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, AND THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK

By: __________________
Name: David Cavataleo
Title: Trustee
Date: 11-10-2026

COMMODORE MAINTENANCE CORP.

By: __________________
Name: Gerald Boyle
Title: Vice President
Date: November 5, 2026

The Clerk of Court is directed to terminate ECF No. 79 and to terminate Commodore Maintenance Corp. as a party.

SO ORDERED:

HON. JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

November 10, 2026